UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-38054 |
|---|---|
| TERESSA EVANS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990999**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 40 | MIAMI VALLEY EMERGENCY SPEC<br>% GARY H KAUP<br>2 N MAIN STREET SUITE 703<br>MIDDLETOWN, OH  45042 | 693.41 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/31/2009

Certificate of Service    05-38054

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TERESSA EVANS
5340 FLAMINGO COURT
DAYTON, OH  45431

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(55.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(57.1n)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(40.1)
MIAMI VALLEY EMERGENCY SPEC
% GARY H KAUP
2 N MAIN STREET SUITE 703
MIDDLETOWN, OH  45042

(42.1n)
MICHAEL S ARNOVITZ
REIMER & LORBER CO LPA
BOX 968
TWINSBURG, OH  44087

(50.1n)
RECOVERY MANAGEMENT SYSTEMS CO
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    cs