UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　　TERESSA EVANS | CASE NO: 05-38054<br>　　　　(Chapter 13) |
| 　　　　　　　　Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | TERESSA EVANS<br>5340 FLAMINGO COURT<br>DAYTON, OH  45431 | 56.02 |

　　　　　　　　　　　　　　　　/s/ Jeffrey M. Kellner
　　　　　　　　　　　　　　　　Jeffrey M. Kellner  0022205
　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　131 N LUDLOW ST   SUITE 900
　　　　　　　　　　　　　　　　DAYTON, OH  45402-1161
　　　　　　　　　　　　　　　　(937)222-7600   Fax (937)222-7383
　　　　　　　　　　　　　　　　email: chapter13@dayton13.com

　　　　　　　　　　　　　　　　Dated: 4/14/2010

Certificate of Service     05-38054

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TERESSA EVANS
5340 FLAMINGO COURT
DAYTON, OH  45431

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(55.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(57.1n)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(42.1n)
MICHAEL S ARNOVITZ
REIMER & LORBER CO LPA
BOX 968
TWINSBURG, OH  44087

(50.1n)
RECOVERY MANAGEMENT SYSTEMS CO
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner          cs